UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

GERALD SMITH,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2005-3, Home Equity Pass-Through Certificates, Series 2005-3; and WELS FARGO HOME BANK, N.A., Jointly and Severally

    Defendants.

Case No. 18-cv-10724
Hon. Linda V. Parker
Mag. Judge Stephanie Dawkins Davis

Removed from:
The Macomb County Circuit Court
Case No. 2018-000068-CH
Judge Joseph Toia

| Ethan D. Dunn (P69665) | Amy Sabbota Gottlieb (P67020) |
|---|---|
| Joshua C. Castmore (P76326) | Alma Sobo (P81177) |
| MAXWELL DUNN, PLC | Dickinson Wright PLLC |
| 24725 W. 12 Mile, Suite 306 | 2600 W. Big Beaver Road, Suite 300 |
| Southfield, MI 48034 | Troy, MI 48084 |
| (248) 246-1166 | (248) 433-7200 |
| (248) 565-2480 - fax | agottlieb@dickinsonwright.com |
| edunn@maxwelldunnlaw.com | asobo@dickinsonright.com |
| jcastmore@maxwelldunnlaw.com | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

## **DEFENDANT US BANK'S DISCLOSURE OF CORPORATE INTERESTS**

    Pursuant to Fed. R. Civ. P. 7.1, Defendant U.S. Bank, National Association,

as Trustee for Credit Suisse First Boston Mortgage Securities Corp., Home Equity

11495474

Asset Trust 2005-3, Home Equity Pass-Through Certificates, Series 2005-3 ("U.S. Bank as Trustee" or "US Bank"), states the following:

      U.S. Bank is a wholly-owned subsidiary of U.S. Bancorp.

2. No publicly-held corporation owns ten percent (10%) or more of U.S. Bancorp's stock.

      **Respectfully submitted,**

      DICKINSON WRIGHT, PLLC

      By:/s/ *Amy Sabbota Gottlieb*
      Amy Sabbota Gottlieb (P67020)
      2600 West Big Beaver Rd., Suite 300
      Troy, MI 48084-3312
      (248) 433-7200

      *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

This certifies that, on March 2, 2018, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF filing system.

      /s/    Amy Gottlieb
      Attorney for Defendants

BLOOMFIELD 16019-165 2033011v1

2